948

No. 1233, Misc.  WHITE *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 1235, Misc.  HOWELL *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 1237, Misc.  PETTY *v.* PORTER.  C. A. 6th Cir. Certiorari denied.  *John S. Wrinkle* for petitioner.  *Ray H. Moseley* for respondent.

No. 1241, Misc.  LOVE *v.* OKLAHOMA ET AL.  Court of Criminal Appeals of Oklahoma.  Certiorari denied.

No. 1243, Misc.  RODRIGUEZ *v.* NEW YORK.  Court of General Sessions, New York County, New York.  Certiorari denied.

No. 1247, Misc.  GOLENBOCK *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 1251, Misc.  OPPENHEIMER *v.* BOIES.  Supreme Court of Arizona.  Certiorari denied.

No. 1252, Misc.  DENMAN ET AL *v.* COUNTY OF BARNSTABLE ET AL.  Supreme Judicial Court of Massachusetts. Certiorari denied.

No. 1255, Misc.  KASS *v.* FAY, WARDEN.  C. A. 2d Cir. Certiorari denied.

No. 1258, Misc.  WALKER *v.* HEINZE, WARDEN.  Supreme Court of California.  Certiorari denied.